# EXHIBIT A

**Registration Number**

# VAu 1-575-694

**Effective Date of Registration:**
September 24, 2025
**Registration Decision Date:**
February 17, 2026

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

**Title of Group:** Fragile Like a Bomb and 1 Other Unpublished Work

**Content Title:** Fragile Like a Bomb
We're All In This Together Like Hostages

### Completion/Publication

**Year of Completion:** 2025

### Author

- **Author:** Meredith Erin
  **Author Created:** Pictorial or Graphic Works
  **Citizen of:** United States

- **Author:** Matthew Snow
  **Author Created:** Pictorial or Graphic Works
  **Citizen of:** United States
  **Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Meredith Erin
9120 Norwalk Blvd, Santa Fe Springs, CA, 90670

**Copyright Claimant:** Matthew Snow
9120 Norwalk Blvd, Santa Fe Springs, CA, 90670

## Certification

|  |  |
|---|---|
| **Name:** | Meredith Erin |
| **Date**: | September 24, 2025 |

---

**Correspondence:** Yes

**Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

**Registration Number**

# TX 8-787-715

**Effective Date of Registration:**
August 12, 2019
**Registration Decision Date:**
October 15, 2019

## Title

**Title of Work:**    Ex-Boyfriend LLC Design Catalog (2018-2019)

## Completion/Publication

**Year of Completion:**    2019
**Date of 1st Publication:**    July 09, 2019
**Nation of 1st Publication:**    United States

## Author

- **Author:**    Ex-Boyfriend, LLC
**Author Created:**    compilation of artwork
**Work made for hire:**    Yes
**Citizen of:**    United States

## Copyright Claimant

**Copyright Claimant:**    Ex-Boyfriend, LLC
3681 San Gabriel River Pkwy, Pico Rivera, CA, 90660, United States

## Rights and Permissions

**Organization Name:**    Meador & Engle
**Name:**    Alan Engle
**Email:**    alan.engle@meenlegal.com
**Telephone:**    (310)428-6985
**Address:**    5151 California Ave., Suite 100
Irvine, CA 92617 United States

## Certification

**Name:**  Alan Engle
**Date**:  July 30, 2019

---

**Correspondence:**  Yes

**Registration Number**

# VAu 1-484-430

**Effective Date of Registration:**
October 05, 2022
**Registration Decision Date:**
November 02, 2022

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

## Title

| | |
|---|---|
| **Title of Group:** | Follow Your Schemes and 1 Other Unpublished Works |
| **Content Title:** | Follow Your Schemes |
| | Ban the Fascists Save the Books |

## Completion/Publication

**Year of Completion:** 2022

## Author

- **Author:** Meredith Erin
  **Author Created:** Pictorial or Graphic Works
  **Citizen of:** United States

- **Author:** Matthew Snow
  **Author Created:** Pictorial or Graphic Works
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Meredith Erin
9120 Norwalk Blvd, Santa Fe Springs, CA, 90670

**Copyright Claimant:** Matthew Snow
9120 Norwalk Blvd, Santa Fe Springs

## Certification

**Name:**  Meredith Erin, Author
**Date**:  October 05, 2022

---

**Copyright Office notes:**  Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

**Registration Number**

# VAu 1-391-782

**Effective Date of Registration:**
January 23, 2020
**Registration Decision Date:**
April 24, 2020

## Copyright Registration for a Group of Unpublished Works

Registration issued pursuant to 37 C.F.R. § 202.4(c)

## Title

| | |
|---|---|
| **Title of Group:** | It Will All Work Out In The End and 1 Other Unpublished Work |
| **Content Title:** | It Will All Work Out In The End |
| | Choose Darkness |

## Completion/Publication

**Year of Completion:** 2020

## Author

- **Author:** Ex-Boyfriend, LLC
  **Author Created:** Pictorial or Graphic Works
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ex-Boyfriend, LLC
3681 San Gabriel River Pkwy, Pico Rivera, CA

## Rights and Permissions

**Name:** Meredith Erin
**Email:** meredith@boredwalktshirts.com
**Telephone:** (801)923-8337
**Address:** 3681 San Gabriel River Pkwy
Pico Rivera, CA

## Certification

**Name:**  Meredith Erin, Author
**Date**:  January 23, 2020

---

**Correspondence:**  Yes
**Copyright Office notes:**  Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

**Registration Number**

# VAu 1-462-506

**Effective Date of Registration:**
February 10, 2022
**Registration Decision Date:**
April 04, 2022

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

## Title

| | |
|---|---|
| **Title of Group:** | Sick of Disappointment and 4 Other Unpublished Works |
| **Content Title:** | Sick of Disappointment |
| | In Case No One Told You |
| | May Open Interdimensional Portals |
| | What Wine Goes With Watching The Downfall Of Society |
| | Exhausted by Existence |

## Completion/Publication

**Year of Completion:** 2022

## Author

- **Author:** Meredith Erin
  **Author Created:** Pictorial or Graphic Works
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Meredith Erin
9120 Norwalk Blvd, Santa Fe Springs, CA, 90670

## Certification

**Name:** Meredith Erin, Author
**Date:** February 10, 2022

**Copyright Office notes:**   Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

Page 2 of 2

**Registration Number**

# TXu 2-446-078

**Effective Date of Registration:**
August 26, 2024
**Registration Decision Date:**
September 11, 2024

## Title

**Title of Work:**    Bloodthirsty And Bewitched: An Activity Book for Strange and Unusual Adults

## Completion/Publication

**Year of Completion:**    2024

## Author

- **Author:**    Meredith Erin
  **Author Created:**    text
  **Citizen of:**    United States

- **Author:**    Matt Snow
  **Author Created:**    artwork
  **Citizen of:**    United States

## Copyright Claimant

**Copyright Claimant:**    Meredith Erin
9120 Norwalk Blvd, Santa Fe Springs, CA, 90670

**Copyright Claimant:**    Matt Snow
9120 Norwalk Blvd, Santa Fe Springs, CA, 90670, United States

## Certification

**Name:**    Meredith Erin
**Date**:    August 26, 2024

**Registration Number**

# VAu 1-508-131

**Effective Date of Registration:**
May 04, 2023
**Registration Decision Date:**
October 11, 2023

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

## Title

| | |
|---|---|
| **Title of Group:** | Girls Will Be Girls and 1 Other Unpublished Work |
| **Content Title:** | Girls Will Be Girls<br>Try Optimistic Nihilism |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |

## Author

- **Author:** Meredith Erin
  **Author Created:** Pictorial or Graphic Works
  **Citizen of:** United States

- **Author:** Matthew Snow
  **Author Created:** Pictorial or Graphic Works
  **Citizen of:** United States

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Meredith Erin<br>9120 Norwalk Blvd, Santa Fe Springs, CA, 90670, United States |
| **Copyright Claimant:** | Matthew Snow<br>9120 Norwalk Blvd, Santa Fe Springs, CA, 90670, United States |

## Certification

**Name:**  Meredith Erin, Author
**Date**:  May 04, 2023

---

**Correspondence:**  Yes
**Copyright Office notes:**  Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

Basis for Registration: Registration is based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans.  37 CFR 202.1.

**Registration Number**

**TX 8-717-725**

**Effective Date of Registration:**
November 28, 2018

## Title

**Title of Work:**    Boredwalk Design Zine

## Completion/Publication

**Year of Completion:**    2018
**Date of 1st Publication:**    October 18, 2018
**Nation of 1st Publication:**    United States

## Author

- **Author:**    Ex-Boyfriend, LLC
  **Author Created:**    text, artwork
  **Work made for hire:**    Yes
  **Citizen of:**    United States

## Copyright Claimant

**Copyright Claimant:**    Ex-Boyfriend, LLC
3681 San Gabriel River Pkwy, Pico Rivera, CA, 90660, United States

## Rights and Permissions

**Organization Name:**    Meador & Engle
**Name:**    Alan Engle
**Email:**    alan.engle@meenlegal.com
**Telephone:**    (310)428-6985
**Address:**    5151 California Ave., Suite 100
Irvine, CA 92617 United States

## Certification

**Name:**    Alan Engle

**Date**:    November 08, 2018

---

**Copyright Office notes:**    Basis for Registration: collective work.